HERMAN H. HOOPS, WILLIAM F. HOOPS AND HERMAN T. HOOPS, TRADING AS HAWLEY & HOOPS v. JAMES ELLISON, TRADING AS JAMES ELLISON & COMPANY.

(Filed 18 February, 1925.)

APPEAL by defendant from *Sinclair, J.,* and a jury, at October Term, 1924, of BEAUFORT.

*Edward L. Stewart, Frank H. Bryan and Wiley C. Rodman for plaintiffs.*

*John G. Tooly and Harry McMullan for defendant.*

PER CURIAM.　We have heard the arguments of counsel and examined the briefs carefully. From a critical examination of the record in this case and the assignments of error made by defendant, we are unable to find any reversible or prejudicial error.

No error.